IN THE UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

UNITED STATES OF AMERICA,

    Plaintiff – Appellee,

v.

MICHAEL THORNSBURY,

    Defendant – Appellant.

Appeal No. 14-4498
(2:13-00239-1)

## MOTION TO CONTINUE

Now comes Appellant, Michael Thornsbury, by and through his undersigned counsel, John H. Tinney, Jr., and respectfully moves this Court for an extension of the deadline for filing appellant's Opening Brief and Joint Appendix. In support of this motion, appellant states as follows:

1. Appellant's current deadline for filing his Opening Brief and Joint Appendix is November 21, 2014;

2. Appellant appeals his sentence and final judgment following a plea agreement in the District Court;

3. Appellant's undersigned counsel was retained to pursue this appeal, however, the undersigned was not appellant's trial counsel;

4. On July 29, 2014, the undersigned suffered a medical emergency and filed a Motion for Extension of Deadline to File Appellant's Opening Brief;

5. On July 29, 2014, the Court granted Appellant's motion and issued an Order setting a new briefing schedule

6. On this date, Appellant's undersigned counsel was informed of a potential conflict in representation and requests additional time to address this issue.

7. Appellant is currently incarcerated in a federal correctional institute in another state.

8. The undersigned is authorized to represent that the United States has no objection to this request.

Wherefore, for the foregoing reason, Appellant, Michael Thornsbury, respectfully requests that this Court grant his motion and extend the current deadline for filing his Opening Brief and Joint Appendix.

MICHAEL THORNSBURY
By Counsel

/s/ *John H. Tinney, Jr.*
John H. Tinney, Jr.
The Tinney Law Firm, PLLC
5 Greenbrier Street
Post Office Box 3752
Charleston, WV 25337-3752

IN THE UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

UNITED STATES OF AMERICA

    Plaintiff – Appellee,

v.                                                                    Appeal No. 14-4498
                                                                           (2:13-00239-1)

MICHAEL THORNSBURY,

    Defendant – Appellant.

## CERTIFICATE OF SERVICE

I certify that on the 19th day of November, 2014 the foregoing Motion to Continue was served on all parties of record through the CM/ECF system if they are registered users or, if they are not, by serving a true and correct copy at the address listed below:

                              C. Haley Bunn, AUSA
                              U.S. Attorney's Office
                300 Virginia Street, E., Suite 4000
                            Charleston, WV  25301

                                                                            /s/ *John H. Tinney, Jr.*
                                                                            John H. Tinney, Jr.